**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:     In the Interest of A.C., A.C., and N.V., Children v. Department of
                         Family and Protective Services

Appellate case number:   01-20-00265-CV

Trial court case number:  100507-F

Trial court:             300th District Court of Brazoria County

      Appellant, Jessica Salazar, has requested an extension of time to August 30, 2020 in which to file her brief.  Appellant's motion is **granted in part.**

      Appellant's brief is due **August 20, 2020**.  **No further extensions will be granted.**

      It is so ORDERED.

Judge's signature: _____/s/ Russell Lloyd_____
                             Acting individually


Date:  August 6, 2020